The STANDARD MOTOR COMPANY, Inc., Appellant, v. The FORD MOTOR COMPANY, Inc., Appellee.

Court of Appeals of Kentucky.

Oct. 27, 1942.

C. Bentley Bennett, Sr. for appellant.

John F. Coldiron for appellee.

PER CURIAM.

Action for $321.99 on contract. Judgment dismissing petition.